**DISMISS and Opinion Filed October 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01238-CV

**PERSIMMON TOWNHOMES, LTD., Appellant**
**V.**
**AGNIESZKA MALECKA D/B/A EURO DISCOUNT PAINTING, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00422-E**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Lang

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Douglas S. Lang/
DOUGLAS S. LANG
131238F.P05                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PERSIMMON TOWNHOMES, LTD.,
Appellant

No. 05-13-01238-CV      V.

AGNIESZKA MALECKA D/B/A EURO
DISCOUNT PAINTING, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas.
Trial Court Cause No. CC-12-00422-E.
Opinion delivered by Justice Lang.   Justices
Moseley and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 2nd day of October, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE